| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Nancy Franco (State Bar No. 294856)<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>Telephone:     (310) 576-2100<br>Facsimile:      (310) 576-2200<br>nancy.franco@bryancave.com<br>ATTORNEY(S) FOR: Defendants Andrew Reberry and Jeffrey C. Reberry | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICINA MEXICO, SA DE CV, A MEXICAN CORPORATION<br><br>Plaintiff(s),<br>v.<br><br>ROBERTO JIMENEZ, *et al.*,<br><br>Defendant(s) | CASE NUMBER:<br>3:14-cv-02757 BAS RBB<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants Andrew Reberry and Jeffrey C. Reberry
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Medicina Mexico, SA de CV | Plaintiff |
| Andrew Reberry | Defendant |
| Jeffrey C. Reberry | Defendant |

| | |
|---|---|
| December 11, 2014<br>Date | */s/ Nancy Franco*<br>Signature<br>Nancy Franco<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Defendants Andrew Reberry and Jeffrey C. Reberry |

**NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com

**PROOF OF SERVICE**

1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2386.

On December 11, 2014, I served the foregoing document described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court. Determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- W. Michael Mayock

  mayocklaw@sbcglobal.net, rc_case@yahoo.com

☐ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (VIA EMAIL): I communicated such document via email to the email addresses as indicated as

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

1  ☐ BY FACSIMILE:  I communicated such document via facsimile to the
2  addressee as indicated on the attached service list.
3  ☐ BY FEDERAL EXPRESS:  I caused said document to be sent via Federal
4  Express to the addressee as indicated on the attached service list.
5  Executed on December 11, 2014, at Santa Monica, California.
6  ☐ (STATE) I declare under penalty of perjury the laws of the State of California
7  that the above is true and correct.
8  ☒ (FEDERAL) I declare that I am employed in the office of a member of the bar
9  of this court at whose direction the service was made.

*/s/ Raul Morales*

Raul Morales