W. Michael Mayock (SBN: 54074)
PO Box 93521
Pasadena, CA 91109-3521
Tel:    (626) 405-1465
Email: mayocklaw@sbcglobal.net

Attorneys for Plaintiff
Medicina Mexico, SA de CV

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICINA MEXICO, SA de CV, a Mexican Corporation<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERTO JIMENEZ, et al.,<br><br>　　　　　　Defendants. | Case No. 3:14-cv-02757-BAS-RBB<br><br>Assigned to Hon. Cynthia Bashant<br><br>**PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITH PREJUDICE AGAINST ALL DEFENDANTS EXCEPT ROBERTO JIMENEZ**<br><br>[NO HEARING REQUIRED]<br><br>**Action Filed: November 19, 2014** |

HROBOU\126178.1

---

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

1  Plaintiff Medicina Mexico, SA de CV, pursuant to Rule 41(a)(1)(A)(i), hereby submits this notice of dismissal with prejudice of all claims against all Defendants in this action except defendant Roberto Jimenez. Plaintiff hereby voluntarily dismisses this action against all defendants except defendant Roberto Jimenez with prejudice, with each party to bear its or his own expenses and attorney fees.

Dated: January 2, 2015

W. MICHAEL MAYOCK

By: *(signature)*
W. Michael Mayock
Attorney for Plaintiff
Medicina Mexico, SA de CV

HROBOU\126178.1